**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal. No. 98-CR-00329-4 (RCL) |
| WILLIAM KYLE SWEENEY, | : | |
| Defendant. | : | |

**WILLIAM K. SWEENEY'S MOTION TO UNSEAL HIS SUPPLEMENTAL MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC §2255 AND THE EXHIBITS ATTACHED THERETO**

Petitioner William Sweeney, ("Sweeney"), by his attorney Eric H. Kirchman, moves the court to enter an order unsealing Sweeney's Supplemental Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. §2255 and the Exhibits Attached Thereto, and as reasons states as follows:

1. That at Sweeney's trial the court reviewed *in camera* a substantial amount of material and placed that material under seal.

2. Sweeney was granted access to the sealed material, by of a court order, dated February 15, 2008.

3. While the court granted Sweeney access to the sealed material it did not unseal the material.

4. Sweeny's supplement to his motion filed pursuant to 18 U.S.C. 2255 relies heavily upon this sealed material in the arguments present therein and the exhibits attached to his supplement.

5. That as a result of this material having not been unsealed by the court, Sweeny filed his supplement and the exhibits attached thereto with a motion that it be filed under seal.

6. While the court has not yet ruled on Sweeny's motion to seal, Sweeny moves the court to unseal his supplement and the exhibits attached to the supplement and upon which his supplement is based in large part.

7. Sweeny in addition to seeking to have his supplement and the attachments thereto unsealed is also seeking to have the following material unsealed: (a) Exhibit No. 2 to Sweeny's Supplement, which was marked as Court Exhibit No. 5 at trial and is Theodore Watson's Greenbelt file; (b) Exhibit No. 4 to Sweeny's Supplement which is an FBI 302 of Charles Bender; (c) Exhibit No. 5 to Sweeny's Supplement which was marked as Court Exhibit No. 11 at trial and is an FBI 302 of Arthur Rice; (d) Exhibit No. 6 to Sweeny's Supplement which is the Government's *Exparte* Notice to the Court Regarding Change in Location of Confinement of Above-Named Defendants; (e) Exhibit No. 7 to Sweeny's Supplement, which are handwritten notes; Exhibit No. 9 to Sweeny's Supplement which are handwritten notes; and (f) Exhibit No. 10 to Sweeny's Supplement, which was marked as Court Exhibit No. 4 at trial and is Handwritten Notes of an interview with Andre Murray.

8. It seems unlikely that after almost 15 years since the material was sealed and that the sealed material has been made available to Sweeney that there is still any reason for the material to remain sealed.

**WHEREFORE,** Sweeney prays that the court enter an order unsealing Sweeney's Supplemental Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. §2255, and the exhibits attached there to, and for such other relief as is just and proper.

_____/s/_____
Eric Kirchman
D.C. Fed Bar No. MD09002
Attorney for William K. Sweeney
15 West Montgomery Avenue, Suite 205
Rockville, Maryland 20850
(301) 762-2909
Kirchlaw@cs.com

### CERTIFICATE OF SERVICE

I hereby certify, on this 17th day of December 2014, that a copy of the foregoing was served on all parties entitled to notice in this case by the court's filing system and to:

**Margaret J. Chriss**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530-0001

_____/s/_____
Eric H. Kirchman