**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal. No. 98-CR-00329-4 (RCL) |
| WILLIAM KYLE SWEENEY, : | |
| Defendant. : | |

**WILLIAM K. SWEENEY'S LINE REQUESTING A RULING ON HIS MOTION TO UNSEAL HIS SUPPLEMENTAL MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC §2255 AND THE EXHIBITS ATTACHED THERETO**

Defendant, William Sweeney, ("Sweeney"), by his attorney Eric H. Kirchman, in prays that the court rule on his Motion to Unseal his Supplemental Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 USC §2255 and the Exhibits Attached Thereto.

1. On December 17, 2014, Defendant Sweeney filed his motion to unseal his supplement and the exhibits attached thereto. (Docket No. 1150.)

2. On January 15, 2015, the Government filed a response to Sweeney's motion asking the court to hold the motion in abeyance to give the Government an opportunity to review the material that Sweeny sought to have unsealed. (Docket No. 1152)

3. On January 29, 2015, Co-Defendant Carson filed a Motion in support of Sweeny's motion and seeking to join Sweeney's motion. (Docket No. 1153)

4. On January 29, 2015, the Government after having had an opportunity to review the materials Sweeny sought to have unsealed filed a supplemental response to the motion stating that it did not oppose having the material unsealed. (Docket No. 1155)

**WHEREFORE,** Sweeney prays that the court rule on his Motion to Unseal his Supplemental Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 USC §2255 and the Exhibits Attached Thereto, and for such other relief as is just and proper.

_____/s/_____
Eric Kirchman
D.C. Fed Bar No. MD09002
Attorney for William K. Sweeney
15 West Montgomery Avenue, Suite 205
Rockville, Maryland 20850
(301) 762-2909
Kirchlaw@cs.com

**CERTIFICATE OF SERVICE**

I hereby certify, on this 29th day of June 2018, that a copy of the foregoing was served on all parties entitled to notice in this case by the court's filing system and to:

**Pamela S. Satterfield, Esquire**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530-0001

_____/s/_____
Eric H. Kirchman